IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMMIE LANGLEY,                          :
                                         :
          Plaintiff,                     :
                                         :
     v.                                  :  CIVIL ACTION NO.
                                         :  1:17-CV-4520-CAP-JSA
ENHANCED RECOVERY CORPORATION            :
and DOES 1-10, INCLUSIVE,                :
                                         :
          Defendants.                    :

## O R D E R

The above-captioned action is before the Court on the Plaintiff's "Motion for Leave to Amend the Complaint to Add Defendant" [11] ("Motion to Amend"). Plaintiff requests leave to amend the Complaint to add AT&T as a Defendant and states that her claims, and the facts supporting those claims, are largely the same as in the original Complaint. Mot. [11] at 2, ¶ 2.

The Court notes that, although discovery in this case began on April 6, 2018,[1] and the Joint Preliminary Report and Discovery Plan was originally due on that date, the Court has extended the deadline for the parties to file the Joint Preliminary

---

[1] Plaintiff states in her Motion to Amend, which was filed on May 8, 2018, that "discovery has not started." Mot. [11] at 2, ¶ 3. The Court advises the parties that, pursuant to the Local Rules, the discovery period begins thirty days after the first defendant files an Answer. *See* LR 26.2A, NDGa. Defendant filed an Answer [3] on March 7, 2018; thus, discovery began on April 6, 2018, and will end on August 6, 2018.

Report and Discovery Plan until May 30, 2018. *See* Order [13]. Thus, no scheduling order has yet been entered that sets forth or approves a deadline for filing amendments to the pleadings. In addition, the Defendant Enhanced Recovery Corporation has filed no response to the Plaintiff's Motion to Amend, indicating that it does not oppose the motion. *See* LR 7.1B, NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").

Accordingly, Plaintiff's Motion to Amend [11] is **GRANTED** as unopposed. The Clerk is **DIRECTED** to file the Plaintiff's Amended Complaint [11-1], attached to Plaintiff's Motion to Amend [11]. Plaintiff is **ORDERED** to serve the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 24th day of May, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE