UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KIMMIE LANGLEY,**<br>  Plaintiff,<br><br>v.<br><br>**ENHANCED RECOVERY CORPORATION, AT&T and DOES 1-10 inclusive,**<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:17-cv-04520-CAP-JSA<br><br>**JOINT STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff KIMMIE LANGLEY and Defendant ENHANCED RECOVERY CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of July, 2018.

>  /s/Joseph P. McClelland
>  Joseph P. McClelland, Esq.
>  JOSEPH P. MCCLELLAND, LLC
>  Attorney I.D. #483407
>  Post Office Box 100
>  Jackson, Georgia 30233
>  Telephone: (770) 775-0938

joseph@jacksonlaws.com
*Attorney for Plaintiff*

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/      Scott S. Gallagher*
Scott S. Gallagher
Fla. Bar No. 371970
50 N. Laura St., Suite 2600
Jacksonville, FL 32202
Tel: 904-598-6100
Fax: 904-598-6300
ssgallagher@sgrlaw.com
*Admitted Pro Hac Vice*

Benjamin E. Reed
Georgia Bar No. 719210
Jason S. Bell
Georgia Bar No. 048530
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100 Promenade
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel:  404-815-3500
Fax:  404-815-3509
breed@sgrlaw.com
jbell@sgrlaw.com

*Attorneys for Defendant*

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), N.D. Ga.

## **CERTIFICATE OF SERVICE**

I, Joseph P. McClelland, hereby state that on this day, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

By: /s/Joseph P. McClelland
Joseph P. McClelland, Esq.
Attorney I.D. #483407