UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMMIE LANGLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-4520-CAP-JSA |
| vs. ) | |
| ) | |
| ENHANCED RECOVERY ) | |
| CO et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AT&T SERVICES INC.'S[1] MOTION TO DISMISS PURSUANT TO RULE 8 AND RULE 12(b)(6) AND TO CONTINUE THE SCHEDULING ORDER**

---

[1] "AT&T" is named in the Complaint, but AT&T is a brand name, not a legal entity. AT&T understands that its collection practices are at issue in the case, and thus answers as if the complaint were alleged against AT&T Services, Inc., the AT&T entity that contracts with various collection agencies. AT&T reserves the right to seek an amendment of the claim if a different AT&T entity should be at issue.

For the reasons set forth in the accompanying memorandum, AT&T respectfully requests that all of the counts of the Amended Complaint be dismissed pursuant to Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12.  Additionally, prior to AT&T being served with the Amended Complaint, the Court entered a scheduling order in the case under which discovery closes on August 6, 2018 and a pretrial order is due 40 days thereafter.  Given AT&T's responsive pleading was not due until August 3, 2018, such a schedule obviously prejudices AT&T, especially in light of the many deficiencies in the pleading as to AT&T identified in the motion and since AT&T's co-defendant (whom this suit was originally filed against) had the counts against them dismissed with prejudice on August 1.  The scheduling order should therefore be entered and continued pending a ruling on AT&T's motion to dismiss.

RESPECTFULLY SUBMITTED this 3rd day of August, 2018.

/s/ Matthew D. Justus
Matthew D. Justus
Georgia Bar No. 354555

675 W. Peachtree St. NW, Suite 4300
Atlanta, GA 30308
Telephone: (404) 927-2903
Facsimile: (404) 927-6041
matthew.justus@att.com

*Attorney for Defendant AT&T Services, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIMMIE LANGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-4520-CAP-JSA |
| vs. | ) | |
| | ) | |
| ENHANCED RECOVERY | ) | |
| CO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed *Defendant AT&T Services, Inc.'s Motion to Dismiss Pursuant to Rule 8 and Rule 12(b)(6) and to Continue the Scheduling Order* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record.

Pursuant to Local Rule 5.1, N.D. Ga., said pleading is prepared in Times New Roman, 14 point.

This 3rd day of August, 2018.

Respectfully submitted,

/s/ Matthew D. Justus_____
Matthew D. Justus

        Georgia Bar No. 354555
        675 W. Peachtree St. NW, Suite 4300
        Atlanta, GA 30308
        Telephone: (404) 927-2903
        Facsimile: (404) 927-6041
        matthew.justus@att.com

        *Attorney for Defendant AT&T Services, Inc.*