UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIMMIE LANGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-4520-CAP-JSA |
| vs. | ) | |
| | ) | |
| ENHANCED RECOVERY CO et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION REGARDING A STAY PENDING ARBITRATION

Plaintiff Kimmie Langley ("Langley") and Defendant AT&T Services Inc. ("AT&T") respectfully jointly move the Court as follows:

1. AT&T accepted service of Langley's amended complaint in this matter on June 17, 2018. That amended complaint added AT&T as a party to this case for the first time. On August 3, 2018, AT&T timely moved to dismiss the Complaint in this matter pursuant to Fed. R. Civ. P. 12(b)(6).

2. Counsel for Langley and AT&T have met and conferred regarding the Complaint. During those conversations, Langley's counsel disclosed that Ms. Langley previously went by the name Kimmie Roberts.

3. This disclosure of Ms. Roberts' prior name allowed AT&T to identify an AT&T customer account in her name that appears to relate to the conduct at issue.

As a result, AT&T and Langley have agreed that the claims against AT&T are subject to mandatory arbitration by the American Arbitration Association ("AAA") as provided for in the customer service agreement between AT&T and Langley.

4. The parties have further stipulated that the claims in this matter against AT&T shall be stayed pursuant to 9 U.S.C. § 3 while any such claims are pursued in arbitration.

WHEREFORE, AT&T and Langley respectfully request that an order be entered staying this case while any claims against AT&T are pursued in arbitration.

RESPECTFULLY SUBMITTED this 24th day of August, 2018.

/s/ Joseph Powell McClelland

Joseph Powell McClelland, III
Joseph P. McClelland, LLC
P.O. Box 100
Jackson, GA 30233
770-775-0938
Fax: 770-775-0932
Email: joseph@jacksonlaws.com

/s/ Matthew D. Justus

Matthew D. Justus
Georgia Bar No. 354555
675 W. Peachtree St. NW,
Suite 4300
Atlanta, GA 30308
Telephone: (404) 927-2903
Facsimile:(404) 927-6041
matthew.justus@att.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMMIE LANGLEY, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ENHANCED RECOVERY )<br>CO et al., )<br>)<br>    Defendants. ) | Case No. 17-cv-4520-CAP-JSA |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed this *Stipulation Regarding a Stay Pending Arbitration* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record.

Pursuant to Local Rule 5.1, N.D. Ga., said pleading is prepared in Times New Roman, 14 point.

This 24th day of August, 2018.

Respectfully submitted,

/s/ Matthew D. Justus_____
Matthew D. Justus
Georgia Bar No. 354555
675 W. Peachtree St. NW, Suite 4300

                                              Atlanta, GA 30308
                                              Telephone: (404) 927-2903
                                              Facsimile: (404) 927-6041
                                              matthew.justus@att.com

*Attorney for Defendant AT&T Services, Inc.*