UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMMIE LANGLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:17-CV-4520-CAP |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court; therefore, this action will be stayed pending the resolution of the binding arbitration. The clerk is DIRECTED to stay this action and administratively close the file. Either party may move to reopen this file within 60 days of a final decision from the arbitration panel.

SO ORDERED, this 25th day of September, 2018.

　　　　　　　　　　　　　　　　/s/CHARLES A. PANNELL, JR.
　　　　　　　　　　　　　　　　CHARLES A. PANNELL, JR.
　　　　　　　　　　　　　　　　United States District Judge